PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>RAMON MALDONADO JR. and<br>JESUS RAMOS,<br><br>               Defendant. | CASE NO: 5:23-MJ-00026-CDB<br><br>[PROPOSED] ORDER TO UNSEAL REDACTED CRIMINAL COMPLAINT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached redated complaint in the above-captioned matter be, and is, unsealed.

Dated: August 14, 2023

_____
The Honorable Christopher D. Baker
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL REDACTED CRIMINAL COMPLAINT